Decided May 15, 1998

## STATE OF CONNECTICUT *v.* RUBEN SANTIAGO

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 19 (AC 14769), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Michael G. Considine* and *Peter M. Holland*, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided May 15, 1998